FILED
MAR -6 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street, Suite No. 400 South
Oakland, CA 94612
*cand.uscourts.gov*

February 18, 2026

Clerk of the Court,
Superior Court of California
1225 Fallon Street
Oakland, CA 94612

RE: People of the State of California, The v. Ariel Mendones, et al.
26-xr-90193-NW-1

Your Case Number: 2025-9275

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copies of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

[signature]

by: Jessie Mosley
Case Systems Administrator
510-637-3536

FEB 23 2026